UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SCOTT DAVID BOWEN**,  Case No. 2:13-cv-00748 -KI

        Petitioner, JUDGMENT

   v.

**MARK NOOTH**, Superintendent, Snake River Correctional Institution,

        Respondent.


C. Renee Manes
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR 97204

    Attorney for Petitioner

Frederick M. Boss
Deputy Attorney General

Page 1 - JUDGMENT

Samuel A. Kubernick
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

       Attorneys for Respondent

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus [2] is denied. This proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this      1st      day of April, 2015.


                                                              /s/ Garr M. King
                                                             Garr M. King
                                                             United States District Judge